| AO-10 Rev. 1/2002 | **FINANCIAL DISCLOSURE REPORT** Calendar Year 2003 | in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

# FINANCIAL DISCLOSURE REPORT
## Calendar Year 2003

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>FERGUSON, WARREN J. | 2. Court or Organization<br><br>COURT OF APPEALS, 9TH CIRCUIT | 3. Date of Report<br><br>4/29/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>SENIOR CIRCUIT JUDGE | 5. ReportType (check appropriate type)<br><br>◉ Nomination, Date<br>○ Initial  ○ Annual  ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to |
| 7. Chambers or Office Address<br><br>UNITED STATES COURTHOUSE<br>411 W. FOURTH ST., STE. 10080<br>SANTA ANA, CA 92701 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer                Date | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1959- | VESTED INTEREST IN A STATE OF CALIFORNIA JUDICIAL RETIREMENT FUND. |

RECEIVED MAY 5 11 54 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 2003 | PENSION FROM CALIFORNIA JUDGES' RETIREMENT FUND. | 28,283.23 |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FERGUSON, WARREN J | 4/29/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. BANK OF AMERICA FULLERTON, CA (SAVINGS) | C | Interest | K | T | | | | | |
| 2. WASHINGTON MUTUAL FULLERTON, CA (SAVINGS) | A | Interest | J | T | | | | | |
| 3. CITIBANK SANTA ANA, CA (CHECKING) | A | Interest | J | T | | | | | |
| 4. BANK OF AMERICA FULLERTON, CA (CHECKING) | A | Interest | J | T | | | | | |

1. Income/Gain Codes:      A = $1,000 or less       B = $1,001-$2,500       C = $2,501-$5,000       D = $5,001-$15,000       E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:              J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
                             P3 = $25,000,001-$50,000,000                      P4 = More than $50,000,000
3. Value Method Codes        Q = Appraisal           R = Cost (Real Estate Only)   S = Assessment          T = Cash/Market
   (See Column C2)           U = Book Value          V = Other                     W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | FERGUSON, WARREN J | 4/29/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____          Date  4/29/04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544